UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CRISTIAN ALBERTO RUIZ,

Petitioner,

v.

WARDEN CAL CITY DETENTION CENTER, et al.,

Respondents.

No. 1:26-cv-07132-DAD-SCR (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 6)

Petitioner is a federal immigration detainee proceeding through counsel with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 6.) Specifically, the magistrate judge concluded that petitioner's re-detention without notice and a pre-detention hearing violated due process. (*Id.* at 5–7.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within three (3) days after service. (*Id.* at 8.) On September 30, 2026, respondents filed objections to the findings and recommendations. (Doc. No. 7.) Therein, respondents argue that they object to the findings and recommendations for the reasons

set forth in their prior briefing. (*Id.* at 1.) However, the magistrate judge thoroughly addressed and properly rejected the arguments now raised by respondents in the pending findings and recommendations. Accordingly, those objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on September 28, 2026 (Doc. No. 6) are ADOPTED in full;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Cristian Alberto Ruiz, A-File No. 208-959-193, from respondents' custody on the same conditions, if any, he was subject to prior to his re-detention in or about August 2026;
    b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without written notice and a hearing before an immigration judge where respondents will have the burden of establishing that petitioner is either a danger or flight risk by clear and convincing evidence;
    c. Petitioner's request for attorneys' fees pursuant to 28 U.S.C. § 2412 is DENIED without prejudice to renewal on a properly noticed and supported motion;
3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Center; and

/////

/////

4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 14, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE